## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 | **DATE** | December 14, 2007 |
| **CASE TITLE** | USA vs. MARIO CARROLL & ROBERT LOUIS | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendants appear in response to arrest on 12/13/2007. Defendants informed of rights. Enter order appointing Sergio Rodriguezas counsel for defendants. Government seeks detention. Detention hearing is set for Decmber 17, 2007 at 10:00am.

00:15

| | Courtroom Deputy Initials: | JS |
|---|---|---|