# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
USA
v.
MARIO CARROLL

Case Number: C7CR 840

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**FILED**

DEC 1 4 2007

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | |
|---|---|
| NAME (Type or print) Sergio Fidel Rodriguez | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Federal Defender Program | |
| STREET ADDRESS 55 E. Monroe Street, Suite 2800 | |
| CITY/STATE/ZIP Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312/621-8300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]   APPOINTED COUNSEL [X] | |