Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 - 1 | **DATE** | December 17, 2007 |
| **CASE TITLE** | USA  vs.  MARIO CARROLL | | |

**DOCKET ENTRY TEXT**

Detention hearing held and continued to December 19, 2007 at 10:00 am. Defendant waives his right to preliminary examination. Enter a finding of probable cause. Order defendant bound to the District Court for further proceedings. Bond is set at $75,000.00 to be secured with property located at Chicago, IL. (conditions of release to be submitted to the court on 12/19/2007)

01:00

| | Courtroom Deputy Initials: | JS |
|---|---|---|