## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                                                        Plaintiff,

v.                                                                    Case No.: 1:07−cr−00840
                                                                    Honorable Susan E. Cox

Mario A Carroll, et al.

                                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

      MINUTE entry before Judge Susan E. Cox: as to Mario A Carroll, Detention hearing called on 12/19/2007. Detention hearing continued to 12/20/2007 at 10:45 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.