07 GJ 1072

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE GOTTSCHALL** | Sitting Judge if Other Than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 07 CR 0840 | DATE | **JANUARY 8, 2008** |
| CASE TITLE | **US v. MARIO A. CARROLL & ROBERT E. LOUIS** | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3 rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

#### SPECIAL AUGUST 2006-1

The Grand Jury for the _____ Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Morton Denlow_

**Docket Entry:**

**BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO
MARIO CARROLL. NO BOND SET, DETAINED BY MAGISTRATE AS TO
ROBERT LOUIS.**

# FILED

JAN - 8 2008

JAN 8 2008
**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE
OR MAGISTRATE JUDGE _____

(ONLY IF FILED
UNDER SEAL)

| | | Number of notices | DOCKET# |
|---|---|---|---|
| No notices required, advised in open court. | | Date docketed | |
| No notices required. | | Docketing | |
| Notices mailed by judge's staff. | | copy, initials | |
| Notified counsel by telephone. | | Date mailed notice | |
| Docketing to mail notices | | Mailing | |
| Mail AO 450 form. | | doty, initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |