## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 - 1 | **DATE** | 1/17/2008 |
| **CASE TITLE** | USA vs. Mario A Carroll | | |

**DOCKET ENTRY TEXT**

Arraignment and plea hearing held. Defendant enters plea of not guilty to all counts of Indictment. 16.1(A) conference to be held by 2/7/08. Pretrial motions are due by 3/7/08. Responses by 3/21/08. Replies by 3/28/08. Ruling by mail by 4/28/08. Status hearing re: bond issues is set for 1/31/08 at 9:30AM. Jury trial set for 6/30/08 at 9:00AM. Time is excluded through 4/28/08 for filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F).

Docketing to mail notices.

00:4

| | Courtroom Deputy Initials: | RJ |
|---|---|---|