## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                      Case No.: 1:07−cr−00840
                                        Honorable Joan B. Gottschall

Mario A Carroll, et al.
                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 7, 2008:


    MINUTE entry before Judge Joan B. Gottschall as to Mario A Carroll: Status hearing held on 2/7/2008 and continued to 2/27/2008 at 9:30 AM. Time is excluded 4/28/2008 for filing through disposition of pretrial motions pursuant to 18:3161(h)(1)(F). Mailed notice (rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.