**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division**

UNITED STATES OF AMERICA
Plaintiff,

v.                                                    Case No.: 1:07−cr−00840
                                                      Honorable Joan B. Gottschall

Mario A Carroll, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

    MINUTE entry before Judge Joan B. Gottschall: as to Mario A Carroll; Status hearing held and continued to 4/9/2008 at 9:30 A.M. Time is excluded through 4/9/2008 in the interest of justice pursuant to 18 U.S.C.Sec.3161(h)(8)(A)(B). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.