Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE GOTTSCHALL | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE SIDNEY I. SCHENKIER |
|---|---|---|---|
| CASE NUMBER | 07 CR 0840 | DATE | JUNE 3, 2008 |
| CASE TITLE | US v. MARIO A. CARROLL, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

GRAND JURY PROCEEDING

The Grand Jury for the SPECIAL FEBRUARY 2008-1 Session, a quorum being present,
returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Sidney L. Schenkier_

Docket Entry:

BOND SET IN 07 CR 840 TO STAND AS BOND IN THIS INSTANCE AS TO
MARIO CARROLL, LASHON DANIELS, and CECILIA EDWARDS. DETENTION
ORDER PREVIOUSLY ISSUED IN 07 CR 840 TO STAND.

FILED

JUN - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____        (ONLY IF FILED
OR MAGISTRATE JUDGE                          UNDER SEAL)

| | | | | Number of notices | DOCKET# |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | Date docketed | |
| | No notices required. | | | Docketing | |
| | Notices mailed by judge's staff. | | | dpty. initials | |
| | Notified counsel by telephone. | | | Date mailed | |
| | Docketing to mail notices | | | notice | |
| | Mail AO 450 form. | | | Mailing | |
| | Copy to judge/magistrate judge. | | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |