UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 840-1 |
| vs. | ) | |
| | ) | Judge Joan B. Gottschall |
| MARIO A. CARROLL | ) | |

GOVERNMENT'S MOTION FOR A RULE TO SHOW CAUSE

The United States of America, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, respectfully requests that this Court set a hearing for a rule to show cause why defendant Mario A. Carroll's bond should not be revoked in light of his alleged violations of the conditions of his release set forth in the Pretrial Services Report issued on or about July 16, 2008.

Respectfully Submitted,

PATRICK J. FITZGERALD
United States Attorney
Northern District of Illinois

by:   /s/ Rick Young
Rick Young
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7660