UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 840-1 |
| vs. | ) | |
| | ) | Judge Joan B. Gottschall |
| MARIO A. CARROLL | ) | |

NOTICE OF MOTION

TO: Carl P. Clavelli
321 South Plymouth Court, Suite 1500
Chicago, Illinois 60604

PLEASE TAKE NOTICE that, on Thursday, August 14, 2007, at 9:30 a.m., we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 of the Everett McKinley Dirksen Federal Building, and then and there present the *Government's Motion for a Rule to Show Cause*.

PATRICK J. FITZGERALD
United States Attorney
Northern District of Illinois

by: /s/ Rick Young
Rick Young
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7660

Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that this notice and the motion referred to within were served on August 6, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Rick Young
Rick Young
Assistant United States Attorney