## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                  Case No.: 1:07−cr−00840
                 Honorable Joan B. Gottschall

Mario A Carroll, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

  MINUTE entry before the Honorable Joan B. Gottschall:as to Mario A Carroll, Motion hearing held on 8/14/2008 regarding motion for rule to show cause[51]. Motion by USA for rule to show cause [51] is referred to Magistrate Judge Cox for hearing. Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.