## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 - 1 | **DATE** | 8/20/2008 |
| **CASE TITLE** | USA vs. Mario A. Carroll | | |

**DOCKET ENTRY TEXT**

Hearing on the Government's motion for rule to show cause [51] set for 8/27/08 at 10:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|