# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 840 - 1 | **DATE** | 9/2/2008 |
| **CASE TITLE** | United States of America vs. Mario A. Carroll | | |

**DOCKET ENTRY TEXT**

Hearing held on the Government's motion for a rule to show cause why defendant Mario A. Carroll's bond should not be revoked in light of his alleged violations of the conditions of his release [51]. The Government's motion is granted. Order defendant's bond revoked. Defendant is remanded to the custody of the U.S. Marshal's Service for detention pending trial, or until further order of the Court. A certified copy of this order is to be delivered to the U.S. Marshal's Service. Enter Detention Order Pending Trial.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:25oah

| | Courtroom Deputy Initials: | VKD |
|---|---|---|