**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division**

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                             Case No.: 1:07–cr–00840
                                                              Honorable Joan B. Gottschall

Mario A Carroll, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: as to Mario A Carroll, Robert E Louis, Lashon Daniels, Cecilia J Edwards, Status hearing held on 9/3/2008, ( Status hearing set for 10/8/2008 at 09:30 AM.) Sergio Rodgriguez appears today on behalf of both Mario A Carroll (Carl Clavelli) and his client Robert E Louis. Neither counsel for or defendants Lashon Daniels and Cecilia J Edwards appeared for scheduled status hearing. This status hearing is scheduled as to all defendants in this case. Time is excluded through 10/8/2008 for plea negotiations pursuant to 18:3161(h)(8)(A)(B). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.